# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Q. Wright & JQ Licensing LLC<br><br>Plaintiff,<br><br>vs.<br><br>Bart Hall & Associates, LLC and Bart Hall, individually.<br><br>Defendant. | Case No.: CV 24-4931-GW-RAOx<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY & PRETRIAL DEADLINES**<br><br>Hon. George H. Wu<br>Hearing: August 18, 2025 at 8:30am<br>Courtroom 9D |

Having considered Plaintiff's Motion to Modify the Scheduling Order and Extend Discovery Deadlines by 90 Days, the accompanying declaration and exhibits, and good cause demonstrated, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED. The Court's January 22, 2025, Scheduling Order (Document 27) is modified as follows:

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY & PRETRIAL DEADLINES**

1. The deadline for completion of all fact discovery is extended to **November 20, 2025**.

2. Mediation is to be completed by **December 2, 2025,** a joint report re mediation filed by **December 5, 2025**, and the post-mediation status conference is scheduled for **December 8, 2025,** at **8:30am**.

3. The deadline to complete expert discovery is extended to **December 18, 2025.**

4. The last day to hear any motions, other than motions *in limine*, is extended to **January 22, 2026**.

5. The pre-trial conference is continued until **February 19, 2026** at 8:30am.

6. A jury trial will now begin on **March 3, 2026** at **9:00am**.

IT IS SO ORDERED.

DATED: July 29, 2025

_____
HON. GEORGE H. WU,
United States District Judge

2
**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY & PRETRIAL DEADLINES**