Dmitry Lapin, Esq., *pro hac vice*
dmitry@axenfeldlaw.com
Axenfeld Law Group, LLC
2001 Market Street Suite 2500
Philadelphia, PA 19103
917-979-4570

SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071
Tel.: (310) 274-6111
Fax: (310) 274-6211
Email: shaun@khojayan.com

*Attorneys for Plaintiffs Jon Q. Wright, and JQ Licensing, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jon Q. Wright & JQ Licensing LLC<br><br>Plaintiff,<br>vs.<br><br>Bart Hall & Associates, LLC and Bart Hall, individually.<br><br>Defendant. | Case No.: 24-cv-4931<br><br>**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

1

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

DATED: _____

                                          _____
                                          Hon. George H. Wu
                                          United States District Judge

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**